■ In the Matter of DEAN WAUGH, Petitioner, v DAVID L. MILLER, as Superintendent of Eastern Correctional Facility, Respondent. [656 NYS2d 958] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner was found guilty of violating the prison disciplin-

ary rules that prohibit creating a disturbance, harassment and refusing to obey a direct order. The record contains substantial evidence in support of this determination. Adduced in evidence at petitioner's disciplinary hearing was a detailed misbehavior report as well as the testimony of the correction officer who had witnessed the conduct in question (*see, Matter of Foster v Coughlin,* 76 NY2d 964, 966). That the testimony of petitioner and that of his inmate witnesses was in conflict therewith presented an issue of credibility for the Hearing Officer's determination (*see, id.*).

Although the disciplinary proceeding was not concluded within 14 days of the writing of the misbehavior report, it was not untimely concluded as it was adjourned beyond the 14-day period to obtain the testimony of petitioner's witness (*see, Matter of Kron v Coombe,* 233 AD2d 641; *Matter of Jones v Selsky,* 223 AD2d 990, 991).

Crew III, J. P., White, Peters, Spain and Carpinello, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.